■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY HOOKS, Appellant.—Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on April 16, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J P., Carro, Asch, Smith and Rubin, JJ.

■ JACOB E. LEVINE et al., as Limited Partners of Sutton Fifty-Six Company, Respondents, v PAUL GOLDIN et al., Individually and as General Partners of Sutton Fifty-Six Company, Appellants.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on or about July 28, 1988, unanimously affirmed, for reasons stated by Myriam Altman, J. Respondents shall recover of appellants $250 costs and disbursements of this appeal. Concur—Ross, J. P., Carro, Asch, Smith and Rubin, JJ.

■ EDITH CREAGH, Respondent, v SONYA G. JANOFF, Also Known as SONNY GALE, Appellant.—Judgment, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on March 9, 1988, unanimously affirmed, for reasons stated by Irving Kirschenbaum, J. Respondent shall recover of appellant $250 costs and disbursements of this appeal. Concur—Kupferman, J. P., Kassal, Rosenberger, Ellerin and Wallach, JJ.

■ PLANET INSURANCE COMPANY v BRIGHT BAY CLASSIC VEHICLES, INC. (And Another Action.)—Motions wherein they seek reargument denied, and wherein they seek leave to appeal to the Court of Appeals granted as indicated. Concur—Murphy, P. J., Kupferman, Carro, Rosenberger and Smith, JJ.